1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  REBECCA A. FALK (CSBN 226798)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7022
7       FAX: (415) 436-6748
        Rebecca.falk@usdoj.gov
8
   Attorneys for Defendant
9
   Dan Weingarten, Esq.
10 37 Hinckley Walk
   San Francisco, CA 94111
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15 WELLBORN FREEMAN,              ) CASE NO.  13-02421 VC (*FREEMAN I*)
                                  )           14-04493 VC (*FREEMAN II*)
16      Plaintiff,                )
                                  ) JOINT STIPULATION AND [PROPOSED] ORDER
17      v.                        ) CONTINUING SETTLEMENT CONFERENCE
                                  ) (AS MODIFIED)
18 UNITED STATES                  )
                                  )
19      Defendants.               )
   _____)
20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE
NO. 13-02421 VC AND 14-04493 VC

## STIPULATION

Subject to the approval of the Court, Plaintiff Welborn Freeman ("Plaintiff") and Federal Defendant United States of America, by and through their counsel of record, hereby stipulate and agree as follows:

1. On October 14, 2014, the Court appointed Daniel Weingarten as volunteer counsel for Plaintiff for the limited purpose of representing him in discovery leading up to and including a Settlement Conference. *Freeman I*, Dkt. No. 93.

2. On October 14, 2014, the Court ordered the parties to attend a Settlement Conference in Case No. 13-02421 VC (*Freeman I*). *Freeman I*, Dkt. No. 106.

3. On October 23, 2014, the Court related *Freeman I* and Case No. 14-04493 (*Freeman II*). *Freeman I*, Dkt. No. 107.

4. On October 27, 2014, the Court ordered the parties to attend a Settlement Conference in *Freeman II*. *Freeman II*, Dkt. No. 10.

5. This matter was referred to Judge Ryu. Judge Ryu set a Settlement Conference for January 5, 2015. *Freeman I*, Dkt. No. 110, *Freeman II*, Dkt. No. 11.

6. On November 18, 2014, pursuant to the agreement between counsel for the United States and Mr. Weingarten, the Court ordered that Plaintiff would be allowed to depose four doctors prior to the Settlement Conference and that the United States would be allowed to depose Plaintiff. Since then, Mr. Weingarten has completed the agreed upon depositions and Plaintiff's deposition is scheduled for January 2, 2015. Counsel for the United States and Mr. Weingarten have also completed the meet and confer required by Judge Ryu's Settlement Conference Orders.

7. To allow time for discussion regarding the merits of this action following Plaintiff's deposition in an effort to determine if there is potential for resolving this matter, the parties hereby respectfully request that the Settlement Conference be continued until January 26, 2015 at 10:00 a.m., or as soon thereafter as is convenient for the Court. The parties further respectfully request that the deadlines set in in Judge Ryu's Settlement Conference Orders also be continued accordingly.

IT IS SO STIPULATED.

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE
NO. 13-02421 VC AND 14-04493 VC

1  Dated: December 19, 2014                Respectfully Submitted,

                                           MELINDA HAAG
                                           United States Attorney

                                                  /s/ Rebecca A. Falk
                                           REBECCA A. FALK
                                           Assistant United States Attorney

   Dated: December __, 2014                Respectfully Submitted,

                                           DANIEL WEINGARTEN
                                           Counsel for Plaintiff

   ///

   ///

   ///

### [PROPOSED] ORDER (AS MODIFIED)

Pursuant to the stipulation by the parties, and good cause having been shown, it is hereby ordered that the Settlement Conference scheduled for January 5, 2015 will be continued until January 26, 2015 at 10:00 a.m. ~~or as soon thereafter as is convenient for the Court~~. It is further ordered that the deadlines for exchange of Settlement Conference Statements and submission of a confidential letter to the Court in advance of the Settlement Conference be continued to January 16, 2015. Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated October 29, 2014, Docket No. 11.

**IT IS SO ORDERED.**

DATED: 12/23/2014                          _____
                                           HONORABLE DONNA RYU
                                           UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE
NO. 13-02421 VC AND 14-04493 VC